UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Banita B. Saffore, | File No. 21-cv-2578 (ECT/JFD) |
| Plaintiff, | |
| v. | |
| United States of America, Federal Bureau of Prisons, and Rivera Laboy Trucking Company, | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Defendants. | |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on February 10, 2022. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED**; and

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 10, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court